UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRICIA KENNEDY, Individually,    Case No.: 6:18-cv-00688-CEM-TBS

        Plaintiff,

v.

MYSTIC DUNES, LLC,

        Defendant.
_____/

## PLAINTIFF'S RESPONSES TO COURT'S INTERROGATORIES

1. Residence address.

**Patricia Kennedy**
**9205 NW 80th Street**
**Tamarac, FL 33321**

2. Name of current employer and place of employment.

**Mental Health Assoc.-9 Muses Art Center**
**7139 West Oakland Park Blvd.**
**Lauderhill, FL  33313**

3. Date(s) and time(s) that you visited the facility

**I visited Defendant's website on or around March 3, 2018 at approximately 3:00 P.M.**

4. Purpose of your visit(s) and duration of your stay(s).

**I went to the website to ascertain whether it was compliant.**

5. Did anyone accompany you? If so, who?

**Yes.  Daniel Pezza also was present while I was on the website.**

6. Describe the nature of your disability.

**Mobility impaired due to spinal cord injury**

7. Specifically list each architectural barrier that you personally observed or experienced at the subject property.

**I reviewed Defendant's website ( http://www.mystic-dunes-resort.com/). The website does not identify and describe accessible features in the hotel and guest rooms offered through its reservations service in enough detail to reasonably permit me to assess independently whether a hotel or guest room meets my accessibility needs.**

**The website did not identify its accessible guest rooms, or other accessible features of the property, such as accessible lobby restrooms, pool lifts, or other accessible features in its guest amenities, and did not provide any information pertaining to its accessible guest rooms, including but not limited to commodes, sinks, grab bars, bathing and restroom features, controls and operating mechanisms, maneuverability, and other features required to be accessible.**

8. Did you take notes or make a contemporaneous record of these barriers? If so, attach a copy to these Answers.

**I did not make a contemporaneous record, but have attached screen shots and notes made by Daniel Pezza as Exhibit "A."**

9. Please list any other Title III cases in which you have been a party in this District.

**I have attached a list of cases responsive to this question as Exhibit "B."**

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

5-18-2018
DATE

_Patricia L. Kennedy_
Patricia Kennedy

## EXHIBIT A











I was with Patricia Kennedy at the time of this investigation and we reviewed the website together. In this regard, we determined that:
1. The subject website may be utilized and/or reviewed as a reference by the general public for making reservations for guest room accommodations.
2. The website does not "Identify and describe accessible features in the hotels and guest rooms offered through its reservations service in enough detail to

reasonably permit individuals with disabilities to assess independently whether a given hotel or guest room meets his or her accessibility needs".
In this regard, the website:

- did not identify its accessible guest rooms, or other accessible features of the property, such as accessible lobby restrooms, pool lifts, or other accessible features in its guest amenities, and
- did not provide any information pertaining to its accessible guest rooms, including but not limited to commodes, sinks, grab bars, bathing and restroom features, controls and operating mechanisms, maneuverability, and other features required to be accessible.

## EXHIBIT B

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Kennedy, Patricia (pla) | 2:2018cv00314 | Kennedy v. Jabo LLC | Florida Middle District Court | 05/04/2018 | |
| Kennedy, Patricia L. (pla) | 6:1999cv00646 | Disabled Americans, et al v. Or... | Florida Middle District Court | 06/01/1999 | 07/24/2000 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Kennedy, Patricia (pla) | 6:2017cv02157 | Kennedy v. Schling LLC et al | Florida Middle District Court | 12/18/2017 | |
| Kennedy, Patricia (pla) | 6:2017cv02154 | Kennedy v. Marriott Internation... | Florida Middle District Court | 12/18/2017 | 04/24/2018 |
| Kennedy, Patricia (pla) | 2:2017cv00696 | Kennedy v. U and V Food Corp... | Florida Middle District Court | 12/18/2017 | |
| Kennedy, Patricia (pla) | 6:2017cv02161 | Kennedy v. U and V Food Corporation et al | Florida Middle District Court | 12/18/2017 | 04/23/2018 |
| Kennedy, Patricia (pla) | 8:2018cv00002 | Kennedy v. LB 500 LLC et al | Florida Middle District Court | 01/02/2018 | 04/27/2018 |
| Kennedy, Patricia (pla) | 6:2018cv00041 | Kennedy v. Shiv Sadhna LLC | Florida Middle District Court | 01/08/2018 | |
| Kennedy, Patricia (pla) | 5:2018cv00011 | Kennedy v. ASVP Hospitality L... | Florida Middle District Court | 01/08/2018 | 02/22/2018 |
| Kennedy, Patricia (pla) | 8:2018cv00072 | Kennedy v. Fortune Street Hote... | Florida Middle District Court | 01/10/2018 | 02/21/2018 |
| Kennedy, Patricia (pla) | 8:2018cv00075 | Kennedy v. Oxford FT Tampa P... | Florida Middle District Court | 01/10/2018 | 02/28/2018 |
| Kennedy, Patricia (pla) | 8:2018cv00074 | Kennedy v. Insite Tampa DT, LL... | Florida Middle District Court | 01/10/2018 | |
| Kennedy, Patricia (pla) | 8:2018cv00150 | Kennedy v. Provident Manage... | Florida Middle District Court | 01/18/2018 | |
| Kennedy, Patricia (pla) | 2:2018cv00265 | Kennedy v. Core Hotels & Reso... | Florida Middle District Court | 04/20/2018 | |
| Kennedy, Patricia (pla) | 2:2018cv00272 | Kennedy v. Olde Naples Grand ... | Florida Middle District Court | 04/23/2018 | |
| Kennedy, Patricia (pla) | 6:2018cv00152 | Kennedy v. PREM Investments ... | Florida Middle District Court | 01/29/2018 | 05/11/2018 |
| Kennedy, Patricia (pla) | 8:2018cv00268 | Kennedy v. Skan LLC | Florida Middle District Court | 02/01/2018 | |
| Kennedy, Patricia (pla) | 8:2018cv00269 | Kennedy v. Embassy Investme... | Florida Middle District Court | 02/01/2018 | 04/18/2018 |
| Kennedy, Patricia (pla) | 6:2018cv00169 | Kennedy v. McCoy Investment... | Florida Middle District Court | 02/01/2018 | |
| Kennedy, Patricia (pla) | 6:2018cv00210 | Kennedy v. New Smyrna ACD L... | Florida Middle District Court | 02/09/2018 | |
| Kennedy, Patricia (pla) | 8:2018cv00394 | Kennedy v. Blue Jay Consultati... | Florida Middle District Court | 02/15/2018 | |
| Kennedy, Patricia (pla) | 8:2018cv01005 | Kennedy v. Siesta Inn & Suites, ... | Florida Middle District Court | 04/25/2018 | |
| Kennedy, Patricia (pla) | 6:2018cv00314 | Kennedy v. Harborside Suites, ... | Florida Middle District Court | 03/02/2018 | 03/08/2018 |
| Kennedy, Patricia (pla) | 6:2018cv00322 | Kennedy v. Crestwood Suites o... | Florida Middle District Court | 03/05/2018 | 03/07/2018 |
| Kennedy, Patricia (pla) | 8:2018cv00525 | Kennedy v. Orion Beach Develo... | Florida Middle District Court | 03/05/2018 | |
| Kennedy, Patricia (pla) | 3:2018cv00326 | Kennedy v. Ponte Vedra Corpor... | Florida Middle District Court | 03/05/2018 | |
| Kennedy, Patricia (pla) | 8:2018cv00555 | Kennedy v. Crestwood Suites o... | Florida Middle District Court | 03/05/2018 | |
| Kennedy, Patricia (pla) | 8:2018cv00548 | Kennedy v. Spring Hill Hotel LL... | Florida Middle District Court | 03/07/2018 | |
| Kennedy, Patricia (pla) | 8:2018cv00546 | Kennedy v. BBC Acquisition Gr... | Florida Middle District Court | 03/07/2018 | 04/12/2018 |
| Kennedy, Patricia (pla) | 8:2018cv00547 | Kennedy v. Crestwood Suites o... | Florida Middle District Court | 03/07/2018 | 03/16/2018 |
| Kennedy, Patricia (pla) | 8:2018cv00560 | Kennedy v. Harborside Suites, ... | Florida Middle District Court | 03/02/2018 | 05/09/2018 |
| Kennedy, Patricia (pla) | 3:2018cv00338 | Kennedy v. Hionides et al | Florida Middle District Court | 03/09/2018 | |
| Kennedy, Patricia (pla) | 8:2018cv00574 | Kennedy v. Satya, Inc. | Florida Middle District Court | 03/09/2018 | 04/09/2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ | Kennedy, Patricia (pla) | ☆ 8:2018cv00573 | Kennedy v. Barefoot Beach Re... | Florida Middle District Court | 03/09/2018 | 03/29/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 8:2018cv00572 | Kennedy v. BB&T Hotel Investo... | Florida Middle District Court | 03/09/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2018cv00395 | Kennedy v. G.E.J.E.L Managem... | Florida Middle District Court | 03/15/2018 | 04/18/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 8:2018cv00640 | Kennedy v. SH Sarasota LLC | Florida Middle District Court | 03/16/2018 | 04/18/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2018cv00414 | Kennedy v. Courtyard at Lake L... | Florida Middle District Court | 03/19/2018 | 04/25/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 8:2018cv00680 | Kennedy v. Jamuna Corporatio... | Florida Middle District Court | 03/21/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 2:2018cv00190 | Kennedy v. Naples Hotel Comp... | Florida Middle District Court | 03/21/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2018cv00427 | Kennedy v. Milan Properties, In... | Florida Middle District Court | 03/23/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 8:2018cv00689 | Kennedy v. Daus Investments ... | Florida Middle District Court | 03/22/2018 | 05/09/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 2:2018cv00196 | Kennedy v. Diamond Resorts ... | Florida Middle District Court | 03/23/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 3:2018cv00401 | Kennedy v. Color Black LLC | Florida Middle District Court | 03/26/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 8:2018cv00720 | Kennedy v. Terrace Properties ... | Florida Middle District Court | 03/26/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2018cv00471 | Kennedy v. DM Sabannah LLC ... | Florida Middle District Court | 03/28/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2018cv00469 | Kennedy v. T Old Town, LLC | Florida Middle District Court | 03/28/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2018cv00470 | Kennedy v. TRIKSPIN INC. | Florida Middle District Court | 03/28/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 8:2018cv00842 | Kennedy v. Gold Sun Hospitalit... | Florida Middle District Court | 04/09/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 8:2018cv00862 | Kennedy v. Dreams Hospitality ... | Florida Middle District Court | 04/11/2018 | 05/10/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2018cv00670 | Kennedy v. PRC Enterprises, In... | Florida Middle District Court | 04/30/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 8:2018cv01054 | Kennedy v. GJNRS, LLC | Florida Middle District Court | 04/30/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 8:2018cv01053 | Kennedy v. Lake Parker Holdin... | Florida Middle District Court | 04/30/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2018cv00688 | Kennedy v. Mystic Dunes, LLC | Florida Middle District Court | 05/04/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2018cv00689 | Kennedy v. Capital Lodging LL... | Florida Middle District Court | 05/04/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 2:2018cv00313 | Kennedy v. JE Investment Ente... | Florida Middle District Court | 05/04/2018 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01274 | Kennedy v. UFF DAA, Inc | Florida Middle District Court | 07/12/2017 | 07/28/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01275 | Kennedy v. Panita Food, Inc. et... | Florida Middle District Court | 07/12/2017 | 08/03/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01315 | Kennedy v. Shivstar Investmen... | Florida Middle District Court | 07/17/2017 | 01/05/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01314 | Kennedy v. All American Oil, LL... | Florida Middle District Court | 07/17/2017 | 08/29/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01378 | Kennedy v. Giant Oil, Inc. | Florida Middle District Court | 07/26/2017 | 11/29/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 2:2017cv00432 | Kennedy v. Ackerman et al | Florida Middle District Court | 07/28/2017 | 01/09/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 2:2017cv00433 | Kennedy v. Laporta Florida Ce... | Florida Middle District Court | 07/28/2017 | 03/05/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01403 | Kennedy v. Basila et al | Florida Middle District Court | 07/31/2017 | 12/20/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01404 | Kennedy v. OHM, Inc. | Florida Middle District Court | 07/31/2017 | 10/06/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 5:2017cv00355 | Kennedy v. Quick Stop Leesbur... | Florida Middle District Court | 07/28/2017 | 11/15/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01573 | Kennedy v. Woodcock | Florida Middle District Court | 08/30/2017 | 10/17/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01576 | Kennedy v. Circle K Stores, Inc. ... | Florida Middle District Court | 08/31/2017 | 09/14/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01578 | Kennedy v. Patel et al | Florida Middle District Court | 08/31/2017 | 11/01/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01577 | Kennedy v. Sat Guru Enterprise... | Florida Middle District Court | 08/31/2017 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01582 | Kennedy v. M and S Investmen... | Florida Middle District Court | 08/31/2017 | 11/03/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01583 | Kennedy v. Silver Star Entity, LL... | Florida Middle District Court | 08/31/2017 | 10/25/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01581 | Kennedy v. Sunshine State Hol... | Florida Middle District Court | 08/31/2017 | 11/13/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01580 | Kennedy v. Ali et al | Florida Middle District Court | 08/31/2017 | 10/04/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01579 | Kennedy v. Bindi, Inc. | Florida Middle District Court | 08/31/2017 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01627 | Kennedy v. ADI Viera Hotels, L... | Florida Middle District Court | 09/13/2017 | 03/05/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01687 | Kennedy v. Cape Canaveral Shr... | Florida Middle District Court | 09/25/2017 | 12/19/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 5:2017cv00437 | Kennedy v. Kenya Core, LLC et ... | Florida Middle District Court | 09/25/2017 | 03/02/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 5:2017cv00444 | Kennedy v. Tavares Property In... | Florida Middle District Court | 06/23/2017 | 12/06/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 5:2017cv00442 | Kennedy v. Pacifica Tampa LT... | Florida Middle District Court | 09/28/2017 | 01/26/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01831 | Kennedy v. Cocoa Beach Devel... | Florida Middle District Court | 10/23/2017 | 02/21/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01832 | Kennedy v. Westgate Resorts, ... | Florida Middle District Court | 10/23/2017 | 01/09/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01872 | Kennedy v. Captain D's, LLC | Florida Middle District Court | 10/30/2017 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01948 | Kennedy v. Daytona JTT, LLC | Florida Middle District Court | 11/13/2017 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01949 | Kennedy v. Mi Tierra Authentic ... | Florida Middle District Court | 11/13/2017 | 05/09/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01946 | Kennedy v. I Shops Orlando, LL... | Florida Middle District Court | 11/13/2017 | 03/26/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2002cv00114 | Disability Advocacy, et al v. Orl... | Florida Middle District Court | 01/31/2002 | 03/29/2004 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2018cv00590 | Kennedy v. ESA P Portfolio, LL... | Florida Middle District Court | 04/16/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2018cv00587 | Kennedy v. Eola Land Co. Inc. | Florida Middle District Court | 04/16/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2018cv00589 | Kennedy v. RH Resorts, LLLP | Florida Middle District Court | 04/16/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 2:2018cv00249 | Kennedy v. Clayton Plaza, LLC ... | Florida Middle District Court | 04/16/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 2:2018cv00250 | Kennedy v. MLB Group, LLC | Florida Middle District Court | 04/16/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 8:2018cv00931 | Kennedy v. TPG St. Pete Beach... | Florida Middle District Court | 04/16/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 2:2018cv00258 | Kennedy v. Tidal Investments L... | Florida Middle District Court | 04/19/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 2:2018cv00261 | Kennedy v. Naples Golf and Be... | Florida Middle District Court | 04/19/2018 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ | Kennedy, Patricia (pla) | ☆ 8:2018cv00931 | Kennedy v. TPG St. Pete Beach… | Florida Middle District Court | 04/16/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 2:2018cv00258 | Kennedy v. Tidal Investments L… | Florida Middle District Court | 04/19/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 2:2018cv00261 | Kennedy v. Naples Golf and Be… | Florida Middle District Court | 04/19/2018 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 8:2017cv02763 | Kennedy v. S.P. Sunshine D's In… | Florida Middle District Court | 11/15/2017 | 01/17/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01947 | Kennedy v. Morse Realty, Inc. e… | Florida Middle District Court | 11/13/2017 | 01/04/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01967 | Kennedy v. Clayton's Crab Hold… | Florida Middle District Court | 11/15/2017 | 01/09/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01966 | Kennedy v. Viksar Inc. et al | Florida Middle District Court | 11/15/2017 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv02016 | Kennedy v. Cocoa Beach Capit… | Florida Middle District Court | 11/21/2017 | 12/28/2017 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv02014 | Kennedy v. Orltell, LLC | Florida Middle District Court | 11/21/2017 | 04/12/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv02015 | Kennedy v. Capital Investment … | Florida Middle District Court | 11/21/2017 | 01/30/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01986 | Kennedy v. Simpler Corp. | Florida Middle District Court | 11/20/2017 | 02/01/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01988 | Kennedy v. Baugher Hotel Grou… | Florida Middle District Court | 11/20/2017 | 03/27/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv01987 | Kennedy v. G6 Hospitality, LLC | Florida Middle District Court | 11/20/2017 | |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv02034 | Kennedy v. Marriott Internation… | Florida Middle District Court | 11/24/2017 | 05/08/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv02101 | Kennedy v. Rosen Hotels and R… | Florida Middle District Court | 12/07/2017 | 03/19/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv02102 | Kennedy v. Sanford Inn, Inc. | Florida Middle District Court | 12/07/2017 | 01/04/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 6:2017cv02111 | Kennedy v. Aayush Corporatio… | Florida Middle District Court | 12/08/2017 | 02/12/2018 |
| ⓘ | Kennedy, Patricia (pla) | ☆ 2:2018cv00262 | Kennedy v. Core Hotels & Reso… | Florida Middle District Court | 04/19/2018 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kennedy, Patricia (pla) | 6:2017cv00455 | Kennedy v. Prime Petro, Inc. | Florida Middle District Court | 03/13/2017 | 07/19/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00450 | Kennedy v. Skyview Plaza, LLC ... | Florida Middle District Court | 03/13/2017 | 01/24/2018 |
| Kennedy, Patricia (pla) | 6:2017cv00448 | Kennedy v. Skyview Plaza, LLC.... | Florida Middle District Court | 03/13/2017 | 01/24/2018 |
| Kennedy, Patricia (pla) | 6:2017cv00452 | Kennedy v. Skyview Plaza, LLC.... | Florida Middle District Court | 03/13/2017 | 01/24/2018 |
| Kennedy, Patricia (pla) | 6:2017cv00454 | Kennedy v. IMDAD Haider IRA, ... | Florida Middle District Court | 03/13/2017 | 09/20/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00488 | Kennedy v. HDBF, LLC et al | Florida Middle District Court | 03/17/2017 | 05/22/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00496 | Kennedy v. Park Plaza Of Edge... | Florida Middle District Court | 03/20/2017 | 05/19/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00537 | Kennedy v. Cape Siesta Motel, ... | Florida Middle District Court | 03/27/2017 | |
| Kennedy, Patricia (pla) | 6:2017cv00550 | Kennedy v. Ichikoshi USA, Inc. ... | Florida Middle District Court | 03/28/2017 | 06/27/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00549 | Kennedy v. Puleio Enterprises, ... | Florida Middle District Court | 03/28/2017 | 09/07/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00548 | Kennedy v. Rocket Liquors, Inc.... | Florida Middle District Court | 03/28/2017 | 08/15/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00547 | Kennedy v. JPPG, LLC. et al | Florida Middle District Court | 03/28/2017 | 05/25/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00596 | Kennedy v. Chris Pappas as Tr... | Florida Middle District Court | 04/03/2017 | 08/22/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00595 | Kennedy v. All-Suite Motel, LLC ... | Florida Middle District Court | 04/03/2017 | 04/10/2018 |
| Kennedy, Patricia (pla) | 6:2017cv00594 | Kennedy v. VK Realty, LLC | Florida Middle District Court | 04/03/2017 | 01/08/2018 |
| Kennedy, Patricia (pla) | 6:2017cv00593 | Kennedy v. Balajio, LLC | Florida Middle District Court | 04/03/2017 | |
| Kennedy, Patricia (pla) | 6:2017cv00591 | Kennedy v. L&C Arlington Pine... | Florida Middle District Court | 04/03/2017 | |
| Kennedy, Patricia (pla) | 6:2017cv00605 | Kennedy v. Solano et al | Florida Middle District Court | 04/05/2017 | 01/18/2018 |
| Kennedy, Patricia (pla) | 6:2017cv00634 | Kennedy v. Taco City 3, Inc. | Florida Middle District Court | 04/10/2017 | 02/14/2018 |
| Kennedy, Patricia (pla) | 6:2017cv00638 | Kennedy v. DG Beach Waves, I... | Florida Middle District Court | 04/10/2017 | 05/08/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00641 | Kennedy v. Gasperilla Lodging,... | Florida Middle District Court | 04/10/2017 | 10/20/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00640 | Kennedy v. KSK Investments, L... | Florida Middle District Court | 04/10/2017 | 08/30/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00661 | Kennedy v. BG's Group, Inc. | Florida Middle District Court | 04/12/2017 | 10/20/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00736 | Kennedy v. Richmond et al | Florida Middle District Court | 04/24/2017 | 06/12/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00735 | Kennedy v. Roseland Plaza LL... | Florida Middle District Court | 04/24/2017 | 01/16/2018 |
| Kennedy, Patricia (pla) | 6:2017cv00734 | Kennedy v. Palm Harbor Assoc... | Florida Middle District Court | 04/24/2017 | 06/22/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00732 | Kennedy v. Baugher et al | Florida Middle District Court | 04/24/2017 | 02/09/2018 |
| Kennedy, Patricia (pla) | 6:2017cv00737 | Kennedy v. T & M United Corpo... | Florida Middle District Court | 04/24/2017 | 07/14/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00757 | Kennedy v. Petro Management,... | Florida Middle District Court | 04/26/2017 | 08/01/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00780 | Kennedy v. Ace Handiman Har... | Florida Middle District Court | 05/01/2017 | 10/04/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00840 | Kennedy v. Smith | Florida Middle District Court | 05/10/2017 | 08/07/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00844 | Kennedy v. Dad 1300 N Atlanti... | Florida Middle District Court | 05/11/2017 | 11/20/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00888 | Kennedy v. Shrimp Happens, In... | Florida Middle District Court | 05/17/2017 | 07/14/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00964 | Kennedy v. Tyloyleonson, Inc. | Florida Middle District Court | 05/26/2017 | 11/13/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00981 | Kennedy v. Port St. John Statio... | Florida Middle District Court | 05/31/2017 | 12/13/2017 |
| Kennedy, Patricia (pla) | 6:2017cv01047 | Kennedy v. Beachside Commer... | Florida Middle District Court | 06/08/2017 | 09/25/2017 |
| Kennedy, Patricia (pla) | 6:2017cv01125 | Kennedy v. Corbett | Florida Middle District Court | 06/19/2017 | 11/15/2017 |
| Kennedy, Patricia (pla) | 2:2017cv00358 | Kennedy v. Tamiami Hotel LLC | Florida Middle District Court | 06/26/2017 | 11/20/2017 |
| Kennedy, Patricia (pla) | 2:2017cv00359 | Kennedy v. Satvik Shradhdha L... | Florida Middle District Court | 06/26/2017 | 11/13/2017 |
| Kennedy, Patricia (pla) | 6:2017cv01183 | Kennedy v. SCF RC Funding I L... | Florida Middle District Court | 06/26/2017 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kennedy, Patricia (pla) | ☆ | 2:2017cv00359 | Kennedy v. Satvik Shradhdha L... | Florida Middle District Court | 06/26/2017 | 11/13/2017 |
| Kennedy, Patricia (pla) | ☆ | 6:2017cv01183 | Kennedy v. SCF RC Funding I L... | Florida Middle District Court | 06/26/2017 | |
| Kennedy, Patricia (pla) | ☆ | 6:2017cv01188 | Kennedy v. S & S Ferrara III, Inc... | Florida Middle District Court | 06/26/2017 | 03/06/2018 |
| Kennedy, Patricia (pla) | ☆ | 6:2017cv01181 | Kennedy v. F & R Enterprises, L... | Florida Middle District Court | 06/26/2017 | 08/17/2017 |
| Kennedy, Patricia (pla) | ☆ | 6:2017cv01185 | Kennedy v. Florida T&T Enterpr... | Florida Middle District Court | 06/26/2017 | 10/05/2017 |
| Kennedy, Patricia (pla) | ☆ | 6:2017cv01182 | Kennedy v. Mahesh Properties,... | Florida Middle District Court | 06/26/2017 | 08/17/2017 |
| Kennedy, Patricia (pla) | ☆ | 6:2017cv01187 | Kennedy v. PH & NJ Limited Li... | Florida Middle District Court | 06/26/2017 | 08/02/2017 |
| Kennedy, Patricia (pla) | ☆ | 6:2017cv01189 | Kennedy v. Circle K Stores Inc. | Florida Middle District Court | 06/26/2017 | 09/14/2017 |
| Kennedy, Patricia (pla) | ☆ | 6:2017cv01184 | Kennedy v. Le et al | Florida Middle District Court | 06/26/2017 | 10/03/2017 |
| Kennedy, Patricia (pla) | ☆ | 8:2017cv01516 | Kennedy v. Tavares Property In... | Florida Middle District Court | 06/23/2017 | 09/29/2017 |
| Kennedy, Patricia (pla) | ☆ | 6:2017cv01186 | Kennedy v. Nguyen | Florida Middle District Court | 06/26/2017 | 03/06/2018 |
| Kennedy, Patricia (pla) | ☆ | 5:2017cv00286 | Kennedy v. Pope | Florida Middle District Court | 06/26/2017 | 01/11/2018 |
| Kennedy, Patricia (pla) | ☆ | 6:2017cv01199 | Kennedy v. 2120-2190 Garden ... | Florida Middle District Court | 06/28/2017 | 07/11/2017 |
| Kennedy, Patricia (pla) | ☆ | 6:2017cv01225 | Kennedy v. RP & LM Enterprise... | Florida Middle District Court | 07/03/2017 | 08/25/2017 |
| Kennedy, Patricia (pla) | ☆ | 6:2017cv01276 | Kennedy v. Tekelewold | Florida Middle District Court | 07/12/2017 | |
| Kennedy, Patricia (pla) | ☆ | 6:2017cv01273 | Kennedy v. Mas Food Mart, Inc... | Florida Middle District Court | 07/12/2017 | 01/24/2018 |

| | Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| ⓘ | Kennedy, Patricia (pla) | 3:1994ap00209 | Kennedy and Dicandia | Florida Middle Bankruptcy Cou... | 08/22/1994 | 06/01/1995 |
| ⓘ | Kennedy, Patricia (pla) | 2:2006cv00178 | Access For The Disabled, Inc., ... | Florida Middle District Court | 04/03/2006 | 02/05/2007 |
| ⓘ | Kennedy, Patricia (pla) | 2:2006cv00289 | Access For The Disabled, Inc., ... | Florida Middle District Court | 06/14/2006 | 06/05/2007 |
| ⓘ | Kennedy, Patricia (pla) | 6:2006cv00857 | Access For The Disabled, Inc. ... | Florida Middle District Court | 06/23/2006 | 02/22/2007 |
| ⓘ | Kennedy, Patricia (pla) | 6:2008mc00080 | Access For The Disabled, Inc. ... | Florida Middle District Court | 07/30/2008 | 08/05/2008 |
| ⓘ | Kennedy, Patricia (pla) | 8:2011cv01830 | Access For The Disabled, Inc. ... | Florida Middle District Court | 08/15/2011 | 03/28/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2011cv01832 | Access For The Disabled, Inc. ... | Florida Middle District Court | 08/15/2011 | 04/26/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2011cv01960 | Access For The Disabled, Inc. ... | Florida Middle District Court | 08/29/2011 | 04/20/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2011cv02159 | Access for the Disabled, Inc. et... | Florida Middle District Court | 09/22/2011 | 09/14/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2011cv02158 | Access for the Disabled, Inc. et... | Florida Middle District Court | 09/22/2011 | 05/16/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2011cv02165 | Access For The Disabled, Inc. ... | Florida Middle District Court | 09/23/2011 | 10/09/2012 |
| ⓘ | Kennedy, Patricia (pla) | 2:2011cv00535 | Access For The Disabled, Inc. ... | Florida Middle District Court | 09/23/2011 | 01/03/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2011cv02203 | Access For The Disabled, Inc. ... | Florida Middle District Court | 09/28/2011 | 05/10/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2011cv02214 | Access For The Disabled, Inc. ... | Florida Middle District Court | 09/29/2011 | 02/16/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2011cv02215 | Access For The Disabled, Inc. ... | Florida Middle District Court | 09/29/2011 | 08/15/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2011cv02342 | Access For The Disabled, Inc. ... | Florida Middle District Court | 10/17/2011 | 10/01/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2011cv02343 | Access For The Disabled, Inc. ... | Florida Middle District Court | 10/17/2011 | 03/29/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2011cv02519 | Access For The Disabled, Inc. ... | Florida Middle District Court | 11/07/2011 | 12/12/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2011cv02565 | Access for the Disabled, Inc, et... | Florida Middle District Court | 11/14/2011 | 03/21/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2011cv02567 | Access For The Disabled, Inc. ... | Florida Middle District Court | 11/14/2011 | 04/12/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv00303 | Access for the Disabled, Inc. et... | Florida Middle District Court | 02/13/2012 | 08/28/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv00379 | Access for the Disabled, Inc. et... | Florida Middle District Court | 02/23/2012 | 08/14/2012 |
| ⓘ | Kennedy, Patricia (pla) | 2:2012cv00095 | Access for the Disabled, Inc. et... | Florida Middle District Court | 02/23/2012 | 11/14/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv00380 | Access for the Disabled, Inc. et... | Florida Middle District Court | 02/23/2012 | 04/16/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv00381 | Access for the Disabled, Inc. et... | Florida Middle District Court | 02/23/2012 | 10/17/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv00383 | Access for the Disabled, Inc. et... | Florida Middle District Court | 02/23/2012 | 03/09/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv00382 | Access for the Disabled, Inc. et... | Florida Middle District Court | 02/23/2012 | 05/01/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv00384 | Access for the Disabled, Inc. et... | Florida Middle District Court | 02/23/2012 | 04/17/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv00663 | Access for the Disabled, Inc. et... | Florida Middle District Court | 03/28/2012 | 12/27/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv00821 | Access for the Disabled, Inc. et... | Florida Middle District Court | 04/16/2012 | 06/20/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv00819 | Access for the Disabled, Inc. et... | Florida Middle District Court | 04/16/2012 | 06/19/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv00820 | Access for the Disabled, Inc. et... | Florida Middle District Court | 04/16/2012 | 11/06/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv01140 | Access for the Disabled, Inc. v.... | Florida Middle District Court | 05/21/2012 | 02/28/2013 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv01146 | Access for the Disabled, Inc. et... | Florida Middle District Court | 05/21/2012 | 06/26/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv01139 | Access for the Disabled, Inc. v.... | Florida Middle District Court | 05/21/2012 | 08/07/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv01149 | Access for the Disabled, Inc. et... | Florida Middle District Court | 05/21/2012 | 01/11/2013 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv01147 | Access for the Disabled, Inc. et... | Florida Middle District Court | 05/21/2012 | 08/20/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv01144 | Access for the Disabled, Inc. et... | Florida Middle District Court | 05/21/2012 | 10/31/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv01145 | Access for the Disabled, Inc. et... | Florida Middle District Court | 05/21/2012 | 12/10/2012 |
| ⓘ | Kennedy, Patricia (pla) | 8:2012cv01292 | Access for the Disabled et al v.... | Florida Middle District Court | 06/08/2012 | 12/10/2012 |

| Party | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Kennedy, Patricia (pla) | 8:2012cv01292 | Access for the Disabled et al v.... | Florida Middle District Court | 06/08/2012 | 12/10/2012 |
| Kennedy, Patricia (pla) | 8:2012cv01293 | Access for the Disabled et al v.... | Florida Middle District Court | 06/08/2012 | 12/10/2012 |
| Kennedy, Patricia (pla) | 8:2012cv01792 | Access for the Disabled, Inc. et... | Florida Middle District Court | 08/08/2012 | 12/18/2012 |
| Kennedy, Patricia (pla) | 8:2012cv01851 | Access for the Disabled, Inc. et... | Florida Middle District Court | 08/15/2012 | 11/05/2012 |
| Kennedy, Patricia (pla) | 8:2012cv01853 | Access for the Disabled, Inc. et... | Florida Middle District Court | 08/15/2012 | 12/07/2012 |
| Kennedy, Patricia (pla) | 8:2012cv02005 | Kennedy v. Macy's, Florida Stor... | Florida Middle District Court | 09/04/2012 | 08/06/2013 |
| Kennedy, Patricia (pla) | 8:2012cv02003 | Access for the Disabled et al v.... | Florida Middle District Court | 09/04/2012 | 10/07/2014 |
| Kennedy, Patricia (pla) | 2:2012cv00490 | Access for the Disabled et al v.... | Florida Middle District Court | 09/04/2012 | 11/29/2013 |
| Kennedy, Patricia (pla) | 8:2012cv02013 | Access for the Disabled, Inc. et... | Florida Middle District Court | 09/05/2012 | 03/01/2013 |
| Kennedy, Patricia (pla) | 8:2012cv02084 | Access for the Disabled, Inc. et... | Florida Middle District Court | 09/14/2012 | 08/28/2013 |
| Kennedy, Patricia (pla) | 8:2012cv02186 | Access for the Disabled et al v.... | Florida Middle District Court | 10/01/2012 | 08/29/2014 |
| Kennedy, Patricia (pla) | 8:2012cv02185 | Access for the Disabled et al v.... | Florida Middle District Court | 10/01/2012 | 10/31/2012 |
| Kennedy, Patricia (pla) | 8:2012cv02914 | Access for the Disabled, Inc. | Florida Middle District Court | 12/27/2012 | 03/13/2013 |
| Kennedy, Patricia (pla) | 8:2013cv03158 | Access for the Disabled, Inc. et... | Florida Middle District Court | 12/17/2013 | 03/04/2016 |
| Kennedy, Patricia (pla) | 8:2014cv00169 | Access for the Disabled, Inc. et... | Florida Middle District Court | 01/23/2014 | 04/18/2014 |
| Kennedy, Patricia (pla) | 8:2014cv00587 | Access for the Disabled, Inc. et... | Florida Middle District Court | 03/10/2014 | 07/08/2014 |
| Kennedy, Patricia (pla) | 2:2015cv00631 | Kennedy v. Naples Park Plaza, ... | Florida Middle District Court | 10/09/2015 | 05/31/2016 |
| Kennedy, Patricia (pla) | 2:2015cv00630 | Kennedy v. Radio Road Plaza I... | Florida Middle District Court | 10/09/2015 | 04/04/2016 |
| Kennedy, Patricia (pla) | 2:2015cv00632 | Kennedy v. Murphy et al | Florida Middle District Court | 10/09/2015 | 09/20/2016 |
| Kennedy, Patricia (pla) | 2:2015cv00673 | Kennedy v. Del Mar Retail Cent... | Florida Middle District Court | 10/29/2015 | 06/30/2016 |
| Kennedy, Patricia (pla) | 2:2015cv00707 | Kennedy v. Schulte | Florida Middle District Court | 11/12/2015 | 06/13/2016 |
| Kennedy, Patricia (pla) | 2:2015cv00724 | Kennedy v. Llerena et al | Florida Middle District Court | 11/23/2015 | 06/23/2016 |
| Kennedy, Patricia (pla) | 2:2015cv00736 | Kennedy v. West Coast Develo... | Florida Middle District Court | 11/30/2015 | 08/25/2016 |
| Kennedy, Patricia (pla) | 2:2015cv00757 | Kennedy v. Mt. Ridge Realty As... | Florida Middle District Court | 12/04/2015 | 12/05/2016 |
| Kennedy, Patricia (pla) | 2:2015cv00760 | Kennedy v. Welsh Companies ... | Florida Middle District Court | 12/07/2015 | 05/10/2016 |
| Kennedy, Patricia (pla) | 2:2015cv00761 | Kennedy v. Captain Investment... | Florida Middle District Court | 12/07/2015 | 10/14/2016 |
| Kennedy, Patricia (pla) | 2:2015cv00772 | Kennedy v My Naples Sunshin... | Florida Middle District Court | 12/10/2015 | 05/19/2016 |
| Kennedy, Patricia (pla) | 2:2015cv00775 | Kennedy v. Pipers Crossing 12... | Florida Middle District Court | 12/11/2015 | 08/25/2016 |
| Kennedy, Patricia (pla) | 2:2015cv00801 | Kennedy v. PMAT Prado LLC et... | Florida Middle District Court | 12/28/2015 | 04/08/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00091 | Kennedy v. SWF Investments L... | Florida Middle District Court | 02/03/2016 | 07/18/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00092 | Kennedy v. Kite Eagle Creek, LL... | Florida Middle District Court | 02/03/2016 | 04/15/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00093 | Kennedy v. Arena et al | Florida Middle District Court | 02/03/2016 | 05/05/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00094 | Kennedy v. Area Realty Florida,... | Florida Middle District Court | 02/03/2016 | 05/19/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00095 | Kennedy v. IPTV-B-CO6, LLC et ... | Florida Middle District Court | 02/03/2016 | 08/05/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00096 | Kennedy v. Katlou, LLC | Florida Middle District Court | 02/03/2016 | 01/17/2017 |
| Kennedy, Patricia (pla) | 2:2016cv00097 | Kennedy v. NYFL Commercial ... | Florida Middle District Court | 02/03/2016 | 08/04/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00098 | Kennedy v. Brixmor Park Shore... | Florida Middle District Court | 02/03/2016 | 07/26/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00102 | Kennedy v. Griffin Bonita Sprin... | Florida Middle District Court | 02/04/2016 | 04/20/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00125 | Kennedy v. Spragins et al | Florida Middle District Court | 02/12/2016 | 11/08/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00133 | Kennedy v. Vercil E. and Helen... | Florida Middle District Court | 02/16/2016 | 12/21/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00134 | Kennedy v. Pelican Village Plaz... | Florida Middle District Court | 02/16/2016 | 05/27/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00135 | Kennedy v. NYFL Commercial ... | Florida Middle District Court | 02/16/2016 | 06/02/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00132 | Kennedy v. J P R Trusting Ente... | Florida Middle District Court | 02/16/2016 | 12/05/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00147 | Kennedy v. Divito Enterprises L... | Florida Middle District Court | 02/19/2016 | 10/07/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00148 | Kennedy v. Roumely, Inc. | Florida Middle District Court | 02/19/2016 | 09/08/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00164 | Kennedy v. First CZ Real Estate... | Florida Middle District Court | 02/29/2016 | 03/25/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00175 | Kennedy v. Indulok Corporatio... | Florida Middle District Court | 03/07/2016 | 12/01/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00176 | Kennedy v. CS College Parkwa... | Florida Middle District Court | 03/07/2016 | 03/31/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00177 | Kennedy v. Forest Plaza, LLC | Florida Middle District Court | 03/07/2016 | 07/26/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00178 | Kennedy v. The Prudential Insu... | Florida Middle District Court | 03/07/2016 | 06/08/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00179 | Kennedy v. Howell | Florida Middle District Court | 03/07/2016 | 08/03/2017 |
| Kennedy, Patricia (pla) | 2:2016cv00180 | Kennedy v. Dollar Tree Stores, I... | Florida Middle District Court | 03/07/2016 | 09/21/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00191 | Kennedy v. Musca Properties, ... | Florida Middle District Court | 03/14/2016 | 04/18/2017 |
| Kennedy, Patricia (pla) | 2:2016cv00192 | Kennedy v. Pipeline Properties,... | Florida Middle District Court | 03/14/2016 | 10/31/2016 |
| Kennedy, Patricia (pla) | 2:2016cv00193 | Kennedy v. McGregor Pointe S... | Florida Middle District Court | 03/14/2016 | 04/21/2016 |

| | | | | | |
|---|---|---|---|---|---|
| Kennedy, Patricia (pla) | ☆ 2:2016cv00193 | Kennedy v. McGregor Pointe S... | Florida Middle District Court | 03/14/2016 | 04/21/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00194 | Kennedy v. DFG-Plantation, LL... | Florida Middle District Court | 03/14/2016 | 08/23/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00195 | Kennedy v. RLR1, LLC et al | Florida Middle District Court | 03/14/2016 | 11/02/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00196 | Kennedy v. Bickimer et al | Florida Middle District Court | 03/14/2016 | 01/17/2017 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00197 | Kennedy v. Benderson et al | Florida Middle District Court | 03/14/2016 | 08/26/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00213 | Kennedy v. Benderson et al | Florida Middle District Court | 03/18/2016 | 07/05/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00214 | Kennedy v. Three J'S L.L.P. et a... | Florida Middle District Court | 03/18/2016 | 02/23/2018 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00220 | Kennedy v. Plaza Fort Myers, L... | Florida Middle District Court | 03/21/2016 | 08/03/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00221 | Kennedy v. Wynn Properties, In... | Florida Middle District Court | 03/21/2016 | 07/11/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00222 | Kennedy v. Shoppes of Estero | Florida Middle District Court | 03/21/2016 | 08/03/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00229 | Kennedy v. CH Realty VI/R Nap... | Florida Middle District Court | 03/24/2016 | 10/07/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00231 | Kennedy v. Bonita Grande Inve... | Florida Middle District Court | 03/25/2016 | 12/27/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00236 | Kennedy v. Weiner et al | Florida Middle District Court | 03/28/2016 | 11/30/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00253 | Kennedy v. Bruno et al | Florida Middle District Court | 04/04/2016 | 08/30/2016 |
| Kennedy, Patricia (pla) | ☆ 2:2016cv00254 | Kennedy v. CMH Group LLC | Florida Middle District Court | 04/04/2016 | 12/19/2016 |

| | Party | Case | Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00275 | Kennedy v. Prisa Summerlin FL... | Florida Middle District Court | 04/13/2016 | 08/23/2016 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00276 | Kennedy v. Pru Hammock Cov... | Florida Middle District Court | 04/13/2016 | 07/22/2016 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00277 | Kennedy v. Musca Properties, ... | Florida Middle District Court | 04/13/2016 | 10/07/2016 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00310 | Kennedy v. Grand Bay Station ... | Florida Middle District Court | 04/27/2016 | 08/03/2016 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00311 | Kennedy v. Publix Super Marke... | Florida Middle District Court | 04/27/2016 | 02/14/2017 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00318 | Kennedy v. Regency Realty Gro... | Florida Middle District Court | 04/29/2016 | 11/28/2016 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00325 | Kennedy v. REG8 Berkshire Co... | Florida Middle District Court | 05/02/2016 | 10/27/2016 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00344 | Kennedy v. JLB Ft Myers LLC | Florida Middle District Court | 05/09/2016 | 09/08/2016 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00345 | Kennedy v. CH Realty VI/R Nap... | Florida Middle District Court | 05/09/2016 | 09/23/2016 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00358 | Kennedy v. Baldwin | Florida Middle District Court | 05/12/2016 | 08/04/2017 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00371 | Kennedy v. Regency Square F... | Florida Middle District Court | 05/16/2016 | 10/13/2016 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00384 | Kennedy v. DAD Development ... | Florida Middle District Court | 05/19/2016 | 08/25/2016 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00406 | Kennedy v. PLN Properties, LL... | Florida Middle District Court | 05/26/2016 | 10/31/2016 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00578 | Kennedy v. Regency Realty Gro... | Florida Middle District Court | 07/25/2016 | 03/15/2017 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00615 | Kennedy v. Reg8 Berkshire Co... | Florida Middle District Court | 08/08/2016 | 10/27/2016 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00616 | Kennedy v. Publix Super Marke... | Florida Middle District Court | 08/08/2016 | 12/13/2016 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00635 | Kennedy v. SWF Investments, ... | Florida Middle District Court | 08/15/2016 | |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00644 | Kennedy v. Perseco Corporatio... | Florida Middle District Court | 08/19/2016 | 12/07/2016 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00681 | Kennedy v. 3 Carter's Subway, l... | Florida Middle District Court | 09/06/2016 | 01/18/2017 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00700 | Kennedy v. Shadow Court Fuel... | Florida Middle District Court | 09/13/2016 | 03/06/2017 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00722 | Kennedy v. PSM Colonial Cros... | Florida Middle District Court | 09/23/2016 | 02/09/2017 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00742 | Kennedy v. Bonita Diner, LLC | Florida Middle District Court | 09/30/2016 | 04/26/2017 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00766 | Kennedy v. Colonial Funding Gr... | Florida Middle District Court | 10/14/2016 | 02/13/2017 |
| ℹ | Kennedy, Patricia (pla) | 6:2016cv01849 | Kennedy v. Melbourne Beach, ... | Florida Middle District Court | 10/24/2016 | 01/09/2018 |
| ℹ | Kennedy, Patricia (pla) | 6:2016cv01850 | Kennedy v. Melbourne Hotel, L... | Florida Middle District Court | 10/24/2016 | 04/26/2017 |
| ℹ | Kennedy, Patricia (pla) | 6:2016cv01851 | Kennedy v. Paradise Beach Pro... | Florida Middle District Court | 10/24/2016 | 05/03/2017 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00806 | Kennedy v. Gulf Gate Plaza, LL... | Florida Middle District Court | 10/31/2016 | 02/27/2018 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00817 | Kennedy v. Publix Super Marke... | Florida Middle District Court | 11/07/2016 | 12/05/2016 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00818 | Kennedy v. The Shoppes at Sa... | Florida Middle District Court | 11/07/2016 | 05/16/2017 |
| ℹ | Kennedy, Patricia (pla) | 2:2016cv00858 | Kennedy v. BRE Mariner Marco... | Florida Middle District Court | 11/30/2016 | 05/16/2017 |
| ℹ | Kennedy, Patricia (pla) | 6:2016cv02128 | Kennedy v. Skyview Plaza, LLC ... | Florida Middle District Court | 12/12/2016 | 01/24/2018 |
| ℹ | Kennedy, Patricia (pla) | 6:2016cv02208 | Kennedy v. Paniccia-Indialantic... | Florida Middle District Court | 12/27/2016 | 04/04/2018 |
| ℹ | Kennedy, Patricia (pla) | 6:2017cv00073 | Kennedy v. Telemachos | Florida Middle District Court | 01/17/2017 | 09/05/2017 |
| ℹ | Kennedy, Patricia (pla) | 6:2017cv00074 | Kennedy v. Schling LLC et al | Florida Middle District Court | 01/17/2017 | 11/15/2017 |
| ℹ | Kennedy, Patricia (pla) | 2:2017cv00028 | Kennedy v. LQ Florida Properti... | Florida Middle District Court | 01/17/2017 | 05/04/2017 |
| ℹ | Kennedy, Patricia (pla) | 6:2017cv00090 | Kennedy v. 2501 LLC | Florida Middle District Court | 01/19/2017 | |
| ℹ | Kennedy, Patricia (pla) | 6:2017cv00089 | Kennedy v. Dolgencorp, LLC et ... | Florida Middle District Court | 01/19/2017 | 12/22/2017 |
| ℹ | Kennedy, Patricia (pla) | 2:2017cv00039 | Kennedy v. L Q Florida Properti... | Florida Middle District Court | 01/23/2017 | 01/25/2017 |
| ℹ | Kennedy, Patricia (pla) | 2:2017cv00072 | Kennedy v. Pappas et al | Florida Middle District Court | 02/02/2017 | 02/09/2017 |
| | | 6:2017cv00206 | Kennedy v. Downtown Edgewa... | Florida Middle District Court | 02/06/2017 | 04/14/2017 |

| | | | | | |
|---|---|---|---|---|---|
| Kennedy, Patricia (pla) | 2:2016cv00818 | Kennedy v. The Shoppes at Sa... | Florida Middle District Court | 11/07/2016 | 05/16/2017 |
| Kennedy, Patricia (pla) | 2:2016cv00858 | Kennedy v. BRE Mariner Marco... | Florida Middle District Court | 11/30/2016 | 05/16/2017 |
| Kennedy, Patricia (pla) | 6:2016cv02128 | Kennedy v. Skyview Plaza, LLC ... | Florida Middle District Court | 12/12/2016 | 01/24/2018 |
| Kennedy, Patricia (pla) | 6:2016cv02208 | Kennedy v. Paniccia-Indialantic... | Florida Middle District Court | 12/27/2016 | 04/04/2018 |
| Kennedy, Patricia (pla) | 6:2017cv00073 | Kennedy v. Telemachos | Florida Middle District Court | 01/17/2017 | 09/05/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00074 | Kennedy v. Schling LLC et al | Florida Middle District Court | 01/17/2017 | 11/15/2017 |
| Kennedy, Patricia (pla) | 2:2017cv00028 | Kennedy v. LQ Florida Properti... | Florida Middle District Court | 01/17/2017 | 05/04/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00090 | Kennedy v. 2501 LLC | Florida Middle District Court | 01/19/2017 | |
| Kennedy, Patricia (pla) | 6:2017cv00089 | Kennedy v. Dolgencorp, LLC et ... | Florida Middle District Court | 01/19/2017 | 12/22/2017 |
| Kennedy, Patricia (pla) | 2:2017cv00039 | Kennedy v. L Q Florida Properti... | Florida Middle District Court | 01/23/2017 | 01/25/2017 |
| Kennedy, Patricia (pla) | 2:2017cv00072 | Kennedy v. Pappas et al | Florida Middle District Court | 02/02/2017 | 02/09/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00206 | Kennedy v. Downtown Edgewa... | Florida Middle District Court | 02/06/2017 | 04/14/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00211 | Kennedy v. Keller et al | Florida Middle District Court | 02/06/2017 | 06/27/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00207 | Kennedy v. TICC Investments, ... | Florida Middle District Court | 02/06/2017 | 02/10/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00210 | Kennedy v. Wall et al | Florida Middle District Court | 02/06/2017 | 05/12/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00240 | Kennedy v. Pappas et al | Florida Middle District Court | 02/02/2017 | 05/03/2017 |
| Kennedy, Patricia (pla) | 2:2017cv00089 | Kennedy v. TICC Investments, ... | Florida Middle District Court | 02/06/2017 | 06/22/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00259 | Kennedy v. K-P New Smyrna, In... | Florida Middle District Court | 02/13/2017 | 03/21/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00271 | Kennedy v. Nesh Investments I... | Florida Middle District Court | 02/16/2017 | 08/15/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00284 | Kennedy v. Peggy's Country Kit... | Florida Middle District Court | 02/17/2017 | 05/08/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00303 | Kennedy v. Brevard Manageme... | Florida Middle District Court | 02/22/2017 | |
| Kennedy, Patricia (pla) | 6:2017cv00419 | Kennedy v. Hawkins et al | Florida Middle District Court | 03/08/2017 | 01/16/2018 |
| Kennedy, Patricia (pla) | 6:2017cv00421 | Kennedy v. Gal et al | Florida Middle District Court | 03/08/2017 | 05/08/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00418 | Kennedy v. Kunik et al | Florida Middle District Court | 03/08/2017 | 08/09/2017 |
| Kennedy, Patricia (pla) | 6:2017cv00449 | Kennedy v. Skyview Plaza, LLC ... | Florida Middle District Court | 03/13/2017 | 01/24/2018 |
| Kennedy, Patricia (pla) | 6:2017cv00453 | Kennedy v. Skyview Plaza, LLC ... | Florida Middle District Court | 03/13/2017 | 01/24/2018 |